Elizabeth Rosenfeld (CA Bar No. 106571)
email: erosenfeld@wkclegal.com
Kathryn J. Halford (CA Bar No. 068141)
email: khalford@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone:  (818) 501-8030 ext. 313
Facsimile:  (818) 501-5306

Attorneys for Plaintiffs, Board of Directors
of the Motion Picture Industry Pension Plan, et al.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, etc.,<br><br>            Plaintiffs,<br><br>vs.<br><br>KING KONG PRODUCTION VEHICLES, INC., a California corporation, etc., et al.,<br><br>            Defendant. | **CASE NO. 2:19-cv-04830-RGK-SSx**<br><br>**The Hon. R. Gary Klausner**<br><br>[~~**PROPOSED**~~]<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

ORDER DISMISSING ACTION WITHOUT PREJUDICE

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be and hereby is dismissed without prejudice.

DATED: June 8, 2020

THE HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE